No. 24-5151

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

―――――――――――――――――――――

COMMITTEE FOR A CONSTRUCTIVE TOMORROW, *et al.*,

*Plaintiffs-Appellants*,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

*Defendants-Appellees*.

―――――――――――――――――――――

On Appeal from the United States District Court
for the District of Columbia, No. 24-cv-00774-LLA
Hon. Loren L. AliKhan

―――――――――――――――――――――

## STIPULATED DISMISSAL OF APPEAL

Pursuant to Fed. R. App. Proc. 42(b)(1), the parties hereby stipulate through their undersigned counsel that the foregoing appeal shall be dismissed, with all parties bearing their own costs.

Dated: June 12, 2024                        Respectfully submitted,

>*/s/ Roger J. Marzulla*
>Roger J. Marzulla
>Nancie G. Marzulla
>Marzulla Law, LLC
>1150 Connecticut Ave., NW
>Suite 1050
>Washington, D.C. 20036
>(202) 822-6760
>roger@marzulla.com
>nancie@marzulla.com
>Bar No. 394907
>Bar No. 400985

*/s/Paul D. Kamenar*
Paul D. Kamenar
1629 K. Street, NW
Suite 300
Washington, D.C. 20006
(301) 257-9435
paul.kamenar@gmail.com
Bar No. 914200
    *Counsel for Plaintiffs-Appellants*

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
*/s/ Mark Arthur Brown*
MARK ARTHUR BROWN
D.C. Bar No. 470050
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0204
Fax: (202) 305-0275
E-mail: mark.brown@usdoj.gov
EZEKIEL PETERSON
Attorney, Appellate Section
U.S. Department of Justice,
Environment & Natural Resources Division
Tel: (202) 353-9332
ezekiel.a.peterson@usdoj.gov
AMANDA K. RUDAT
ME Bar No. 010329
Natural Resources Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 532-3201
amanda.rudat@usdoj.gov

*Counsel for Defendants/Appellees the United States*

/s/ *James M. Auslander*
JAMES M. AUSLANDER
D.C. Bar No. 974898
HILARY T. JACOBS
D.C. Bar No. 1021353
JULIUS M. REDD
D.C. Bar No. 1025695
Beveridge & Diamond, PC
1900 N Street, NW, Suite 100
Washington, D.C. 20036
Telephone: 202-789-6000
Fax: 202-789-6190
jauslander@bdlaw.com
hjacobs@bdlaw.com
jredd@bdlaw.com

*Counsel for Defendant/Appellee Virginia Electric and Power Company, d/b/a Dominion Energy Virginia*

3